**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6025**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

THOMAS J. MACWILLIAMS, a/k/a Greg, a/k/a Corporal George,

              Defendant - Appellant.

_____

**No. 08-6027**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

THOMAS J. MACWILLIAMS, Greg, Corporal George,

              Defendant - Appellant.

_____

Appeals from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Irene M. Keeley, District Judge. (1:06-cr-00059-IMK-JSK-1; 1:06-cr-00059-01-IMK-JSK)

_____

Submitted:  May 22, 2008          Decided:  May 28, 2008

_____

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Thomas J. MacWilliams, Appellant Pro Se. Shawn Angus Morgan, OFFICE OF THE UNITED STATES ATTORNEY, Clarksburg, West Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas J. MacWilliams appeals the district court's order denying his motion to compel the release of evidence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>United States v. MacWilliams</u>, Nos. 1:06-cr-00059-IMK-JSK-1; 1:06-cr-00059-01-IMK-JSK (N.D.W. Va. Nov. 15, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>